NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000720
10-JUN-2013
12:28 PM

NO. CAAP-12-0000720

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DORA J. GRIFFIN, Petitioner-Appellee,
on behalf of MICHAEL E. GRIFFIN, a Minor, Subject
v.
JEAN DAVENPORT, Respondent-Appellant.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DOMESTIC ABUSE NO. 10-1-7071)

ORDER OF CORRECTION
(By: Ginoza, J. for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order, filed on May 16, 2013, is hereby corrected as follows:

1.  At page 1, in the eighth line of the caption, the court name "Circuit Court" is changed to "Family Court" so that the caption reads as follows:

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DOMESTIC ABUSE NO. 10-1-7071)

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, June 10, 2013.

FOR THE COURT:

Associate Judge

---

[1]  Nakamura, C.J., Leonard and Ginoza, JJ.